FILED
IN CLERKS OFFICE

2022 APR 14  PM 12: 10

**COMMONWEALTH OF MASSACHUSETTS**

U.S. DISTRICT COURT
DISTRICT OF MASS

PLYMOUTH, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO._____

Abdul K Ibrahim Jr
PLAINTIFF(S) (PRINT NAME CLEARLY)

vs.

**COMPLAINT**

Commonwealth of Mass.
DEFENDANT(S) (PRINT NAME CLEARLY)

**PARTIES**

1. Plaintiff(s) resides at   114 Cardinal  St          Springfield
                            Street                    City or Town

in the County of   Hampden

2. Defendant(s) resides at   Commonwealth of Mass
                            Street                    City or Town

in the County of

**FACTS**

3. I am filing this complaint against the commonwealth for what has become a dangerous situation due to the blatant racist incompetence of the state to stop what I consider while supremist terrorists. Right now I am being held against my will for what I can only describe as a criminal conspiracy by a organized crime group working

in the legal system of Massachusetts. I am an Accountant with a Masters currently working for my CPA, yet I get treated like a criminal for no reason. I am including letters to further explain my situation. (Continued)

**Wherefore**, Plaintiff demands that:

I demand to be compensated for my time, work and life that has been impacted for the past 17 years. I have never been allowed to have a normal life. The police even stole my car after I was hit in an accident with what I believe was a drunk driver. I explain further on ~~the~~ additional sheets. Also this hospital which is clearly a huge scam is now holding me because of the lawsuit I plan to file and I feel my life is in danger.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 1/8/22

Signature of the Plaintiff(s)
114 Cardinal St
**Street Address**
Springfield
**City/Town**
347 488 4773
**Telephone**

To Federal Court,

I am trying to file a case here in the
Federal system about my current situation.
I have been held for months at
Bridgewater State Hospital for a crime
I didn't commit. I have been getting harrassed
constantly by the police in Springfield
and now their harrassment has evolved
into me being kidnapped, abducted and
held hostage in this racist system. I
go into detail in my letter. This is just
to ~~talk~~ break down a little bit what
has been happening. I am being 100%
sincere. I would not take the time
and effort on this if I wasn't telling
the truth. The police have been filing
false reports against me. I have had
my rights taken from me and a gross
error has occured. This has been an
ongoing thing for the past 17 years.
Massachusetts has been incredibly racist
towards me. I have been fighting this
system of inequality for some time now.
My life has been destroyed due to the
fact people have constantly created
conspiracies against me. I am attempting

change the system and bring something positive out of all this. I go into some detail in my report but I can't trully express how bad it has been. It is not about the money but I do need it to fix all the mistakes the state has made. I would accept any help the Federal court can provide. All my rights have been violated and major reform needs to happen to stop what appears to be organized crime. I have done considerable ~~investigating~~ investigating on my own and these problems all seem to come from the top level organizations in this state and trickle down to law abiding citizens like myself. I hope the Federal court realizes what sort of situation I am describing here and does something to inspire change in what has become a lawless civil system where innocent people are suffering here in Massachusetts. I am a hostage in my own state and country and it is not right.

Sincerly,


Abdul Ibrahim

# Introduction

1

To whom it may concern

I am attempting to file a lawsuit against the Commonwealth of Massachussetts for 17 years of racism in the legal system cullminating into what can not be described as anything short of a kidnapping of my person. I have had to deal with constant police harrassment and false arrests which always lead to no incarceration and the charges being dropped due to the fact I am always the real victim. This time is no different except they have crossed the line. They abducted me off the street without an explanation; hired a bogus attorney for me, who misrepresented me on purpose in court to have me committed; and took away my rights, especially my right to due process. I have had to sit infront of three racist judge who may or may not have ties to each other to have me committed to Bridgewater State Hospital. I can not iterate enough how I am 35 years old with no criminal record and no history of mental illness but somehow the judges ignored medical

2

science and common sense to deem me
incompetent. I have three business degrees
and I know a great deal about the law
which by itself says I am competent
but by doing all this they do not have
to admit to their error in what once
again with result in my charges getting
dropped and my release. It is clearly an
act of criminal conspiracy. I say this
with three main facts surrounding my
cases. The first is the police report and the
video that do not match in any way.
The video shows me just buy a coffee then
sit down to drink and read the news
paper. Then out of nowhere the cops
surround me and abduct me. The cops
didn't ask any questions and didn't bother
to look at the video tape. The next piece
of evidence is the court records which show
my lawyer saying I am not competent to
stand trial. If you check the records they
show that the judge didn't even read my
charges even after I asked what they were.
There are multiple things you can take
away from this. This lawyer was assigned

<u>3</u>

to me without my knowledge; it is obvious we didn't agree; I am clearly not incompetent if I know what is going on, which is obvious but the judge ignored; and that the judge and DA are involved in this because no one felt they should ask me any questions. I do not know why the judge committed these acts of misconduct because he clearly had organized this with the DA and my lawyer who they gave me without my consent. I am aware of my rights to a fair trial and due process because I am more than competent and completely innocent. I have had three judges in a row who have ignored the definition of the word competent as well as the court definition outlined in case law <u>Schwab vs Boston</u> which concluded a person is competent if they abide by judge's orders, ask and ~~responded~~ responded to questions and can submit evidence. Also according to case law <u>Commonwealth vs Companonio</u>, my competency should be assumed unless proven otherwise which they can not do. The judges are the

4

incompetent ones allowing Fraud in their
courtroom from Bridgewater, who has done
this multiple times, which is something
they do often and I have several witnesses
that will testify to them lying under oath
just to have them committed. The judges
and the hospital are guilty of conspiring to
what seems like organized crime.
The basis of my lawsuit is that First
off I have been kidnapped and unjustly
inprisoned under false charges. I am being
held and I do not have a mental illness
or show signs of one. There are so many
people involved; the police; the courts, judges
and the hospital; that it only makes sense
to bring this up as a state issue. The
money I am requesting is second to the
fact that this is 17 years of police
harrassment that built up to a legitamate
kidnapping. I have filed numerous complaints
at the precint with internal affairs and
across the state which have been ignored
and because of which allowed this to
play out as it has. My theories are not
the least bit insane. They have been happening

5

to me for years. I only ask the court to consider how this has affected my life. I was starting a new job when I was abducted. My car was stolen due to the police and courts ignoring my pleas. I have been almost completely barred from work due to the constant arrests that always lead to my immediate release except for this last time. I want the harrassment to stop that is why I decided to investigate all this myself. As an auditor I have investigated as much as I can from where I am and this system is extremely flawed which is why I believe it needs to be addressed to prevent others from being kidnapped off the street as I have. I have written a 26 page proposal created from my observations and experience. I know it will require more indepth work before it can be implemented but it is a start. It basically asks for a civil rights task force working alongside but seperate from the legal system, run by the federal government. Their main job is to investigate civil rights complaints earlier, at citizens requests. There

6

are other things detailed in my proposal
that I feel should be in place to preserve
people's rights and save lives. Early
detection is key and attitudes should be
changed to prevent things like false arrests
and cover-ups that happen with the police
in my area of Springfield Massachusetts
all the time. People should feel safe with
the police but if you look across the
country you see this is not the case. My
proposals will bring the trust back and
make people aware of their rights, especially
minorities.
Along with my proposal, I have written
an update of my personal experience here
at Bridgewater State which as I said
looks more like an organized crime racket
than a legitimate state run facility. Since
being here I have written over 70
grievances outlining the poor state of
things. I have used them to keep note of
everything I see wrong happening here
which is a lot. I can submit my notes
and grievances as evidence as well. That
was the reason I wrote them in the first

<u>7</u>

place. I knew as an auditor that one major failing in the system such as my false arrest and diagnosis means there are many issues to be addressed that allow such things to happen. It's the nature of my work and training to check the system for all potential issues, and this facility has them all. Too many to list but to be fair I did tell the grievance director who did make attempts to fix things. The problem is these things should have been addressed before they started taking in hostages such as myself. I honestly want this place shut down, investigated and people brought on charges but I don't have the authority myself for this. So in short the letter I am sending you has three parts; this introduction; an update letter quickly overviewing my current condition; and my proposal remedy as outlined in the 11th Amendment for how to prevent these issues of civil and constitutional rights violations across the state. The state should have had these

8

but didn't in my case and is the case
with thousands of black and minority
citizens. The time is now before the protests
begin here in this state as well which
is the direction it is heading rapidly.

Sincerly,


Abdul  Ibrahim                         3/5/22

Bridgewater State Hospital
ID 000157832

PS: I would like what I asked for but
    I have no way of knowing what is
    a reasonable award for my hardship
    so I ask for the maximum the
    court will give me.

# Current Situation Update

DN: SJ-2022-0031

(1)

3/5/22

To Maura S Doyle & Supreme Judicial Court;

I have been waiting to hear back regarding my appeal. I know the process takes some time but honestly my life has been completly destroyed due to the incompetence and racism of Bridgewater, the police and these district court judges. It's obvious to me that they act with racial bias and right now the only reason this hospital wants to hold me is not for my benefit but to keep me from filing this obvious lawsuit. All the doctors are aware of the normal actions and symptoms of a person

(2)

with a mental illness and I don't show any of them. To be honest most of the black men here do not distribute these signs. What they do show is that they smoke a lot of marijuana which I am pretty sure is their entire problem. Unlike me they just do not try to fight what is become a real social injustice. I committed no crime; every aspect of my case has been tampered with and is full of errors; After 6 months they have no real diagnosis for me. If the court can hold me under these conditions then the



court has to arrest everyone in the country. I was sent here so the DA and the police could hide the fact they arrested me without cause. They are attempting to hide their crime, which is by definition organized crime and a conspiracy. I am right about everything and I want my freedom and rights that are being denied. They withheld my medical records from me to hide their blatant acts of fraud. They are claiming my attitude is a mental illness which is wrong. That is all that is on paper, that



I am unresponsive and do not talk to them; and the reason I don't talk to them is because they spin my words into something insane. I know more about criminal and civil proceedings than they do but still they claim that I am not competent for court. It's blatant racism and prejudice to attempt to hide their own negligence and incompetence and keep me from filing this lawsuit. I have presented facts to my case while they have only presented their opinion which is erroneous, biased and

⑤

beyond their professional scope. They should not be able to stop me from reporting what clearly is a criminal conspiracy. They are taking away my rights and making sure justice is not served, so thereby becoming co-conspirators in my case and that is what I told them. In court however, the prosecutor committed misconduct by leading the judge to believe my words do not hold weight and these racist judges in Massachusetts district courts do not listen to facts any more. These judges are also guilty

  


guilty of misconduct by showing clear bias in my case. Something the judge didn't pick up for example is that the prosecutor himself didn't understand the language he was using. Numerous times he stated on record that the doctors called my thought process linear and logical. That means it is normal so if they say it is normal than why do they claim I should be committed. These records make no sense because obviously someone is lying to hide that they screwed up but not doing a good



job at it. The court and this hospital can not be allowed to derail a black man's entire life based on flimsy accusations; misconceptions about my personal and proffessional life; and blatant disregard of my civil and constitutional rights. I have committed no crime so logically it says people are lying to have me inprisoned. That's all I said and that is by definition a conspiracy. These doctors have created the fantasy and delusions in this case, not me. They don't even understand what it is I do for a living. Fraud



detection is one of the biggest parts of my job in audit and that requires a skeptical and questioning mind, which they are confusing for paranoia because the doctors are poorly trained and only care about their own advancements in the field. This attitude and given the fact I have noticed that no one else questions their judgement especially when black men are involved, gives ample oppurtunity for potential fraud to occur, which is my proffessional opinion. My actual thoughts are that they have been

9

crossing the line for years because acts like hiding a hostage for the police takes slow progression and build up. One doesn't just start with a major crime; they start small first in lamens terms. This is how they built their practice and this is what you see in the chaos of my medical records. The disorder is meant to hide the real issue, which is they screwed up and are unjustly holding a innocent man but do not want to accept the consequences. The judges who clearly have developed



"friendly" relations with the hospital executives and staff is allowing these social injustices to remain undetected. The hospital should be considering the facts, such as the multiple conflicting police reports of the alleged crime instead of worrying about how I am going to sue them. Their oath dictates that my well-being should come before their professional advancements.

Sincerly,


Abdul Ibrahim

Bridgewater State Hospital

3/5/22



PS: It should be noted that I have been at this hospital for 6 months and been taking medication for a month now and both have had no effect on me or what I believe whatsoever. A sane rational mind must conclude now that I show absolutely no signs of mental illness. I am a victim being tortured by a racist system that makes it ok to just grab black men off the street and lock them away without due process. What makes it worse is the insult



of the crime they alleged I committed. I have a masters in Accounting. I would not get up at 9am to go threaten a child at Pride. How would I even know when he was working? the story makes no sense. I am the victim here of this conspiracy the police helped create. I lastly also ask that my cases be dismissed due to misconduct which is the truth so I may launch investigations as to why this conspiracy started and those involved.

(13)

I truly hope the supreme court acknowledges the errors that have occured. These errors of common sense as well as scientifically. I do not fit the profile of an insane person. I did not commit a crime I am completely competent and know more about the law than the staff does. Treatment and medication can not alter the truth. Medication has no effect on me. I have witnesses and my explanation is based on facts unlike everyone



else who has based everything on
their opinion. I present all these
reasons plus the legal aspect. The
courts for no reason whatsoever is
punishing an innocent man all
because I am black. As I said
everything I have done is not
what a insane incompetent person
would do. Ruling against me is
blatant racist practice on the side
of the judges because I never
even committed a crime. I am
here just because I am black.



My life has been ruined just because I am black. No one is looking at the facts just because I am black. No one wants to investigate the crimes I have explained in detail, just because I am black. The judges didn't give me a chance to speak on my own behalf clearly because I am black. The cops have created a scenario where even when they commit the errors, I end up paying the price. How



do you argue blatant hate crimes
without sounding slightly paranoid?
How am I supposed to explain
the racist treatment without calling
it a conspiracy? How are people
supposed to fight racial profiling
and hate crimes that are systemic
without sounding paranoid of the
system? You can't accomplish
any of these things without
acknowledging a broken system,
run by racists in the legal system
such as these judges who ignore



facts over opinions that are completely
erroneous and highly racist. This is
the true pandemic in Massachusetts, and
I hope, one that can be seen and
recognized by the supreme court, because
white supremists have over run the
district civil and criminal courts. All
I want is justice to be served,
which is the legal, competent and
right thing every sane person
should ask for. I was kidnapped
off the streets by racist cops in
the most dangerous area in MA



that is known in the news for committing criminal and corrupt acts. I am not making any of this up and all I ask of the court is that justice is served. The courts should want to investigate what I say because aside from Covid and the war for Ukraine, this is the number one growing topic that is leading the country to riots and seperation. I was almost the next black wrongful death ~~acts~~ on the news. This country will never be united as long as



these racists committing these crimes
are ignored by everyone in a
position to make a difference. I
ask the court, does my argument
not sound valid? Do I not speak
and have the merits of an educated
competent man? Are my rights
not protected under the law, which
states I have the right to a fair,
impartial, factually based hearing
instead of one plagued with
prejudices? I am not a dog or a
lab guinea pig but I am being



treated as such. The judges have allowed what is clearly racist biased nonsense, by not allowing me to plead my case and dismissing it as a mental illness. Racism as a topic is not my mental illness. The burden of proof in my cases has never been satisfied because though they claim to be experts here at Bridgewater, they can not show any real scientific proof to back their statements. They have had me committed based of biased, misleading



testimony and opinions. I can't

understand how they think that

the facts that they have changed

the diagnosis 5 times, doesn't

raise the issue of validity now.

They simply won't admit to their

crimes. It is not me, it's the

threat to their racial dominance

that is creating the issue. They

have this double standard where they

call me paranoid for what I say

but can not produce any facts

or scientific proof of their alleged



mental illness, yet they will not admit that they are the ones that sound crazy this way; lost in their delusions and blatant wants for success that have blinded their good and proper judgement. I deserve my rights to be upheld and to do this requires a dismissal due to misconduct verdict by the supreme court so I can finally launch an investigation into my kidnapping. This is a huge material and procedural weakness, in my



professional opinion as an auditor,
which is what caused this very
issue of having these racist
individuals taking control and exploiting
Massachusetts' legal system. I
can not investigate this myself in
prison and I require a misconduct
ruling from a judge. The judges
I have had have been incredibly
racist towards me so this is a
hurdle that is almost impossible
for a black man to overcome and
get a fair unbiased trial. It is



very troublesome to learn that now with the troubling national times, racist terrorists in the court are weaponizing these competency hearings. It's a really ~~substantial~~ substantial ~~loop~~ loop hole that doesn't require them to have to prove anything to lock up successful innocent black men such as myself for crimes they did not commit. If I am not allowed to use my criminal conspiracy defense then I can not defend myself in the case. There

(23)

Far too many errors such as being denied my chosen attorney for 4 months until after my trial date. These are not minor errors and go way beyond gross negligence. This is willful and malicious intent by the hospital to cover-up their crimes. This is blatant misconduct that proves my innocence and I require the court to call it such so I can put all this to rest finally and launch an investigation into the matter of my attorney misrepresenting



me and Bridgewater hiding the
evidence of the police creating
fake reports of the incident. These
are the facts and point towards
a criminal conspiracy caused by
racial prejudices, organized crime
and systemic racial injustice. As a
red blooded American Citizen, I
want to protect the values of this
Country, which are the rights to
a fair criminal and civil proceeding
in court, but I require the courts
to allow this to happen. Ignoring



These issues are dangerous and potentially life threatening for the community at large. I do not write like an incompetent person; the treatment and medication have no effect on me because I am not mentally ill; also I am not asking for any extreme measures. I am a civil servant for the court asking for an investigation into what is real life threat to the community at large. My rights and the rights of everyone must



be protected above all else and to do this requires a proper investigation so no more black men who are innocent have to have their lives destroyed. The effect this has on the community, when these social issues get ignored is immeasurable because it leaves young adults with nothing but crime and drugs to turn to. This is what I believe is the root issue in areas like Springfield MA with its high crime rates. Without proper investigations

(29)

This will continue and only get worse, but to start the healing process and save lives, requires the courts to stop turning a blind eye to the issues. That is what I am asking for with a dismissal due to misconduct verdict from the Supreme Court. It is basic logic to me. I didn't commit a crime yet everything that shouldn't happen has happened. I am just waiting for the court to acknowledge the error because only through some sort of conspiracy



could all this happen and that is what is getting ignored. It is the duty of the Supreme Court to make sure laws are followed and justice served and to do this requires a dismissal due to misconduct so I can work in this backwards system and bring these people to justice

?P.S:   It is a simple fact a mental illness can not be hidden. In 35 years no one other than the doctors at Bridgewater have noticed this mysterious illness. The more they push this paranoia, the more it looks like a conspiracy. Even while I am here I have had an outside doctor who agrees with me. More and more this facility proves everything I say is true because they know I plan to sue them. It's an obvious scheme and I have witnesses that will confirm this facility is notorious for pulling these sort of hoaxes in court. Also I forgot due to all this excitement that I lived in the shelter system in New York and It was required to have a psyche evaluation every 3 months. I had about 4 of them and they were all clear. So as I said this mental illness only exists in Bridgewater. I know I am repeating myself somewhat but that is to show the consistence of my claim unlike the facility and the courts and police because I am the only person telling the

2

thusly have ignored my innocence of all charges. They also claim incompetency but I have been filing and building my defense all by myself which is the exact opposite of incompetence. The entire case in Brockton has been decided by racist prejudicial and superficial opinions, based on no facts whatsoever. I have had ~~multiple~~ multiple psyche evaluation, just recently. It is verifiable through the DHS. DHS regulation in NYC says to stay in the shelter program and recieve government aid, every client must have a psyche evaluation every 3 months. I was doing this just up to March of last year then I was arrested in October. As I stated earlier the opinion developed by the court and this facility is almost impossible and I only say almost out of respect for scientific law which states their are no facts only theories that have not been disproven yet. But this hospital has presented the most unlikely scenario possible as an explanation. I didn't develop

3

bring to light how both judges here in Brockton, during the proceedings, have denied me the ability to retrieve the proof of what I am saying thus taking away my right to build a defense for myself. This facility has twice now, as with other patients, committed perjury and fraud. The worst part as I have stated is that they are denying me my due process rights. Their statements aren't based on facts and everything they say relates to my criminal case and not a mental illness. Paranoia is not a mood disorder and they have no specified pschosis. This is clearly fake. They have absolutely no evidence on the contrary of what I have told them and they have no authority in deciding my case which is what they are doing. That is clearly conspiracy as I have stated the fact that this mental illness only exists in Bridgewater is further proof that this facility is a major active participant in this criminal conspiracy.

# Proposal for Remedy

2/27/22

To Superior Court Department

I wrote you a letter but, touching on my wishes to file a suit against the state for my false arrest. It is designed to bring real change to the state and make sure civil rights violations stop against minorities at large. Since I wrote you I have expanded on my idea by a few pages. I am still filing by myself and still asking for $17 million for my work and experience with the state judicial treatment regarding my wrongful arrest and incarceration.

Sincerely,

By: Abdul Ibrahim
114 Cardinal St
Springfield MA 01151

(1)

2/10/22

Hello to whom it may concern;

I am trying to file this civil suit but I
want something to be really done about
the situation in the legal system otherwise
everything I have done has been a waste
of time and I hate wasting my time
I read the instructions and I know
the court can not offer legal advice but
I want to have some sort of conformation
if I want I want to do makes sense
and is at all plausible in the legal
system as is. IF not I will try a
different approach. I believe the legal system
in Massachusetts is very racist and I have
found two other black men with me
with similar stories who have basically
been abandoned by the system and left
floating in limbo at the mercy of whomever
is pulling the strings or holding the whip
at the moment, which is not how it
should be. The system must be more

②

of black men.

This lawsuit is a civil suit for civil rights violations against the commonwealth under the 11th Amendment which states "that, a state citizens may file a civil suit in federal court if it expresses its intent in conformity with a stringent standard of statutory clarity, and only if there is "congruence and proportionality" between the injury to be prevented or remedied and ~~the~~ the means adopted to that end." Under this amendment "we would like to offer testimony of our experiences, sue for damages caused by lack of fair ~~representation~~ representation, equal rights and unbiased humane treatment under the law. Black men in Massachusetts can not get a fair trial due to severe violent racism with the police, ~~court~~ .court and correctional institutions. They can not find effective assistance of counsel due to racism in the courts that have either turned all lawyers racist as well and at times violently and criminally

8

the case automatically hopeless because
they know the system is too racially
corrupt to listen. Finally the inhumane
treatment of prisoners, inmates and
those just being held by the legal system
in the correctional facilities. In lamens
terms as a black man I can not find
a decent lawyer; I can not get a fair trial
with an impartial judge and when in prison
my life is literally in danger every single
day. It is the states fault for allowing
this to happen and our lives have suffered
tremendously for it.

I would like to first bring to the courts
attention cultural and social issues and differences
with the lives of black men. Many still grow
up in poorer run down communities or under
oppressive rule of police officers. I have
noticed a trend in Massachusetts where the
court doesn't recognize a black man trying
just to defend himself in environments where
there lives are at risk every day. Most judges
I have met have never had to be in that
situation. Lawyers as well. I would argue

④

how police officers who spend hours in
these environments and go home are
offered all types of protection and mental
help that doesn't ruin their lives. They only
spend hours a day in these neighborhoods
and go insane at times or lose control. So
what do you say to the average black man
growing up here. The system puts him
away and forgets about him. To use myself
as an example, I live in Springfield which is
one of the most dangerous places in the country
to live, yet I have no violent past or major
felonies on my record. Instead of being
congratulated I am punished by racist police
in a racist criminal and judicial system. I
am constantly harrassed and this has been
happening for almost two decades of my 35
year life. As of right now I have had all
my rights violated for no reason and noticed
a pattern in this. That is why I feel justified
filing this civil complaint. Along with the
                                    17
substantial compensation of ~~75~~ million, ~~which~~
~~shall go toward split between two that~~
~~individuals and myself~~, to support families

⑤

and remedy the extreme hardships under
this unjust system; I also demand that
serious study into this phenomena be done;
new laws to replace old ones that provide
protection to white supremists be written
and enforced; and finally the removal of
those unwilling to comply with fixing the
justice system so it reflects more thorough
what state law and the constitution says
it is. If this isn't handled with extreme
prejudice then the system is a farce, a
game to be played and America will not
be able and should not be allowed to
continue into the future.
The court needs stricter procedural regulations
for judges and lawyers as well as more
audited review of cases with faster turn
around. This is especially crucial at the
district level. Psychological assesments, evaluations
and treatment as a requirement for work as
needed. This will identify racist situations before
they pose an issue. Police, lawyers, judges
and everyone else in the justice system should
be required just on the basis alone of the

⑥

extensive reach of their decisions and
stress-filled roles these people are involved
in on a daily basis. Early detection to
prevent situations such as those being seen
around the country are vital to stop these
situations from occurring.
For institutions such as Bridgewater an
outside doctor and audit staff should review
all cases to make sure their are no
improprieties. These institutions have the worst
standards when they should be amongst the
best being state related. The outside doctors
and officials should be alternating and
random. It is not unreasonable to say
all these agencies, offices, stations and
facilities face a huge amount of stress from
work. Work that affects the lives of
everyone in the community. Due to the
nature of work they can easily fall victim
to psychological issues. They are probably
more prone to this in this type of work.
They can easily develop racist, biased views
which they then apply to the job creating
a giant loop of racisim. Their work

⑦

mostly deals with the end result of
bad situations outside of their view and
understanding, yet they have to still fairly
judge. This is impaired greatly further
when race becomes a factor.
I would like to see things go a step further
as well. I would like serious studies to
be done to identify the sources, common traits
and habits of racist individuals; also what
creates racist environments and how to keep
them out of the legal and justice system.
This country especially right now, with what
we see everyday on the news, requires these
checks of the system to be done. It requires
these internal controls to make sure we
see real change before things escalate to
a level beyond what the nation can
recover from.

Sincerly;


Abdul Ibrahim

⑧

PS: I am sending my account of my story
in the penal system and hopefully that
is enough. The other two parties, Trevor
Moore and Walter Mains can write their
own stories if this is necessary. They
both currently reside at Bridgewater
with me but due to restrictions, speaking
with them at the moment is difficult
to do.

Also I believe our case also falls under
Civil Rights Act of 1871, 42 U.S.C. § 1983.

Notes: More audits
- Audits of government agencies should
be as regular as going to the doctor +
dentist.
- I haven't seen one auditor here ever
- Auditors should talk to patients to get
their feedback
- Monthly sectional audits with diverse
groups of auditors
- More minorities and less segregation
in government workplaces like Bridgewater
- Minorities do not get chosen in this state

 (9)

The underlining issue is that racism exists in the system and is ignored for reasons that should be uncovered and remedied. This can only be done by professionals assigned with this single goal in mind. This is not just a state issue, it is a national issue which left ignored could and has already become life threateningly dangerous as seen with the riots. Police officers make bad decisions in the field because of this. I am right now being held because Springfield and Bridgewater and the state refuse to acknowledge this. Congress passed an anti racism law that I have yet to see be enforced. As I said a propose a special auditing board compromised of auditors and psyche doctors that can identify these racially biased environments and individuals before they commit a heinous crime



I propose these audits into both practice and pysche of government funded agencies and sectors, be as regular as the monthly doctor or dentist visit because they are in essence the same thing, meant to keep the state fit and healthy. I have never seen any such audits so in my opinion it is not being done. Auditors should also meet with inmates and interview patients in places such as Bridgewater to get their feedback. This could solve these issues long before they became major problems. I have personally done this myself while staying here at Bridgewater and it works. These monthly smaller audits should be with a diverse team and address real issues such as direct questions on racism in the workplace. I have seen that

(f1)

segregation of duties and jobs by race is a major and growing problem in this state in places such as Bridgewater. This showcases the facility's racist ideas about the capabilities of people of different races. This has to stop. These government jobs simply won't hire qualified minorities to certain jobs and that is wrong. There is way too much trust given workers like those here in Bridgewater who have shown me they are regularly racist and can not be trusted to be left alone. Things like doctor visits and evaluations require video and audio recording because people lie and I see it often in my line of work as an auditor and CPA. It is a natural occurence

(12)

and racism in these situations should be dealt with as an inevitability and not a freak exception.

I would also like to mention a personal issue which is highly abused open-ended laws that cause more harm than good. Laws such as restraining orders and tresspassing orders. I have been the victim of how racists use these laws to attack and falsely imprison minorities, especially men. If there is no violence involved, a restraining order should not be issued. Either violence or threat of violence should be involved. I have been arrested multiple times for having normal conversations with racist individuals. It puts my life at risk and wastes the court's time. The same with tresspassing laws.

(13)

In my time here with Bridgewater, it has been appalling to watch how government run state entities have absolutely no respect for the law or the community. I have documented over a 100 pages of grievances that have yet to be addressed by anyone. I have seen patients with open wounds and broken limbs left without medical attention and it all starts from the terrible leadership. Even at this moment writing this I am sitting in a ant infested room. It is disgusting but the facility wants me to believe they are taking care of me, when the truth is they can't even properly take care of themselves. They need these audits and strict rules to provide better structure.



The concepts of hardwork, respect for yourself and your job, and honor, mean nothing to them and they are ruining and poisoning the soul of this state with how ~~much~~ little they care about their work. A habit developed at this facility, to show they're gross negligence in their work, is doctors have provided way to many drugs to patients. Instead of providing real treatment, they just get them high and keep them sedated, which allows them the ability to work like one day a week. The doctors completely ignore the effect on the patient's life because many already struggle with drug habits and will go back to their crimes since they recieved such poor treatment. The worst still is the effect of

(15)

their action on the community. These drugs are
going straight to the streets. These doctors are
worse than any corner drug dealer because they're
supposed to be trusted but don't deserve it
because of their actions. I am right now on
medication I don't need, for a mental illness
I don't have so the police can hide a crime
I didn't commit and these doctors can not
figure out how or why there is something
wrong because they do not do their jobs.

This drug thing is just one of their problems
and it is obvious this place at Bridgewater
has fallen to organize crime. A facility doesn't
just start taking hostages, it takes years
of criminal behavior ignored and outside

(16)

influence to get to this point. Years on years of neglect and blatant criminal rationalication. The police dropped me here knowing these doctors would ask no questions and ignore basic protocol so as not to rock the boat and expose how bmuch they have done wrong. This is how criminals infilitrate government entities. and how organized crime rings are formed inside the government due to gross negligence but more importantly, poor leadership, structure and accountability. This facility should be shut down and all these doctors should be arrested, but that requires a thorough investigation to assess the depth of the issue which I already know goes out to even the



courts and the Department of Corrections at the very least. This would not be necessary if monthly audits were in place that provided a thorough indepth analysis that could pinpoint where these issue orginated from. The Department of Correction is archaic in it's thinking and exploited for not being up to date and efficient. This shows that auditors are not doing or not being allowed to do their jobs. This would free up appeals courts as well that are obviously also backed up. Something that has gotten only worse due to Covid-19. 6 months is way too long to hear back on an appeal. Simple questionaires to staff, patients and inmates monthly to identify

(18)

issues ahead of time would be a great
start. This automatically lets the auditors
know where to target each month. A yearly
rushed review is not enough for government
entities. You lose the effect of being just
in time at the end of the year when
everyone has forgotten everything and there
are a million other things going on. Efficient
on time and accurate audits need to
happen monthly. Monthly psyche visits
also should be encouraged for staff but
a 3 month mandate should be enforced
as well. Of course the best doctors
and auditors should be used but again
the key is having them rotating so they

(19)

Can not build these long ties to the staff giving a reason to allow improprieties. I noticed in some states like when I visited California for work that cities are allowing their government agencies too much freedom when it comes to auditing and accounting which defeats the purpose. Standardization within government entities is crucial to increase efficiency and so should these audits be organized. There should be a board created for both auditors and psyche doctors but the auditors themselves as well as the doctors should be primarily freelance paid for their work accordingly to add a control over corruption within the system. The auditor

(20)

and doctors work and submit their findings to the board for review. This will eliminate what I have seen here at Bridgewater. Things like insurance fraud and overly persribing medications creating life time addicts. I honestly believe after seeing this that this is how crack in the 80's was invented and how new drugs get developed on the streets like molly; from lazy doctors being given too much trust and freedom. They don't even think at Bridgewater about where these drugs they perscribe end up. They end up with kids and on college campuses and in the hands of drug dealers who might alter them. More accountability is required to

(21)

protect the community.

Another important control I have seen none of in these facilities is outside or external investigation units that do not answer to the facility but are free to probe serious complaints. I have been testing their system constantly and these grievances I write have one step which is limited to small simple tasks. There is nowhere to report medical misconduct or legal misconduct and this is why there is no fear of going to court and lying to judges because no one will investigate allegations from inmates, which is wrong. This has even become a regular practice at Bridgewater State Hospital, where the doctors and attorney lie to have people committed even when no crime is involved. They seem to get some kind of sick pleasure from it. It's disturbing to say the least. The hospital has developed an attitude that says they are not required by bare minimum to have a hospital filled with black hostages of the court. How can they judge competency while they themselves are completely incompetent in their work.

At the risk of sounding repetitive, I have been dealing with police harassment and court conspiracies



22

for 17 years which is why I am asking for 17 million, one for each difficult year I have had to deal with this harrasment, which I reported to deaf ears repeatedly. You can not imagine how difficult it says been and now I am a enemy of the state being held hostage in my own state. This is why I can not stress enough, the importance of judicial reviews and judicial as well as police audits to make sure the code of the law is being followed. People's rights and lives are at stake. Any variations from the code of the law should be accompanied by a written explanation as to the reasoning behind this. This will ensure fairness and equality under the law which is what is important. People's rights should come before big busts or accreditations. The preservation of life in all its forms is the goal; not the reputation of those behind the badge or holding the gavel. These audit board would serve on the same level as the appellate courts but focus on people's rights; civil rights; and executive based legal issues, primarily those that arise involving

(23)

white collar crimes, such as tax evasion, which forms the backbone to the difference racially in types of criminals. These crimes go ignored more often than not because people feel they aren't as bad as armed robbery which is the wrong ideology to have. They may not be as violent but together have a lasting effect that travels down to poorer communities causing more crimes. In essence white collar crimes create blue collar criminals due to scarcity of wealth and resources. People at the bottom can not move foreward due to the fact white collar criminals are taking away these opportunities with their crimes. My last job showed me just this and it all ties in with racist environments, workplaces and ideas being allowed to prosper unchecked. Proffessional careers such as lawyers, accountants and doctors are still infested with racist ideas due to the lack and scarcity of resources to go around. White collar criminals make this even worse and they are usually ignored up until they become en Enron, Ignoring the fact that just like blue collar criminals

(24)

the majority that make up 99% never reach that level and are never reported and cause the most damage. As an auditor I have been plagued with this many times. I have found improprieties in businesses but have felt the helplessness of having no one to report this to. What should be done and how to protect those trying to report this. Allow these things need to be updated because the system, especially the legal side of it, as well as judicial, doesn't work for minorities.

There are virtually millions of ideas that could be come up with giving the chance to seriously examine the problem. This is why I honestly believe it is required to research what causes these issues first and foremost. The problem exists but the research is missing and we are seeing the effect on the news through protests, riots and loss of lives. Stopping this is something that must happen now to ensure a better future and protect our kids from these issues.



3/1/22

PS Update:

I noticed on the news recently that the governor had a great idea for providing a safety net for DCF kids. The idea of a safety net is so good that I feel it could be used for police civil rights cases. Just have this available would decrease civil rights crimes. What it would be essentially would be an agency and team in every police and courthouse which those who are alleged of committing a crime would have access to for a fee that could be waived to have their case investigated for strictly issues involving rights and due process. This safety net is essential right now with the growing movements across the country. This would be a faster turn around take pressure off the courts. It would be as simple as hiring an attorney and with the police it would help educate the police and citizens about what their rights are and how to protect themselves. With todays social climate something like this has to be in place for everyone. Upon arrest it would be asked if they would like to hire a civil rights investigator. Very simple!!

(26)

The same concept can be applied in the courtroom. Along with the monthly audits, every courtroom should be equipped with a civil rights investigator listening in a watching proceedings for any violations in court such as what happened to me when the judge didn't read me my rights and my lawyer clearly misrepresented me. These investigators should be highly trained in courtroom procedure, criminal rights, constitutional rights and especially the application of civil rights. They would be asked to file a report any time they witness anything out of order. They will ensure the fairness of the court because they will not answer to judicial control they will work for the federal government as observers to legal proceedings, both criminal and civil. The mentality must be broken here in Massachusetts that people in the legal system; the police; lawyers and judges, that they make the law instead of serve it. It's the biggest issue in the courts. There is no acknowledgement of justice anymore and that has to be addressed and changed

(27)

To add one more layer to my proposal,
if this doesn't exist already it should. What
I have noticed as an accountant is how
difficult it is to report white collar criminals.
The police and courts know very little about
white collar crime which I believe creates
the gap in the community. Wealthy people in
predominately white neighborhoods profit off
white collar crime all the time as I have
noticed in my career because it requires
a keen ~~mind~~ mind educated in the special field.
People with access to this are almost
untouchable. The biggest issue in this is that
even if you locate a white collar crime you
then have a hell of a time reporting it.
My current situation came from the fact that
there is no way to report this. If you do
some research you can find some obscure
agency no one has heard of but people
do not have the time to research this much.
There should be a special trained task force
in the police department to target white
collar criminals like my former employer.
It should be as easy as reporting my car
being stolen and have them investigate it

(28)

We live in a new age where white collar crimes are easier to commit if you have the resources and the police need to change with the times. Auditors can only do so much by themself and to cure racism and protect civil rights, the way the police think of crime has to change with the times as well. As I said white collar crimes go ignored all the time

(29)

## Update  Remedy  Proposal

To  Superior  Court,

It just came to my attention that I forgot to discuss the issue of Bridgewater specifically in my proposal remedy. To be honest, this is a huge legal loop hole that people involved in these conspiracies are abusing. There is too much room for error. The entire process needs a complete reform. My first thought is that private hospitals instead of just state hospitals should be consulted as a control. There should be a immediate review by private practice doctors as well as monthly audits. This will limit the errors as well as take away some of the opportunities to commit fraud. The third party private practice doctors should work autonomously from the state facility under federal jurisdiction and review. As proof, in my case, the doctors inside this facility have told me specifically that they feel they have to commit everyone and give medication even when it is not necessary because of court orders. Private practice outside doctors will not be under these same pressures. They will

30

not be at the mercy of the court so racist judges will not have any sway over the outcome of their evaluations. As with all these outside agencies I have mentioned, they must be under federal jurisdiction to work as a propper internal control to corruption and criminal behavior. What the courts or judges want should never play a factor in their decision making. It is just such a huge detail to overlook how I have had 6 outside doctors say I have no mental illness and just a few in here at Bridgewater who believe I do. My mental illness only exists in Bridgewater because these doctors are putting their careers above my health which is malpractice. Most of these patients wouldn't be in here if they could get evaluated properly by an outside third party not under the pressure of the court. I even have been told how some patients are being given different medication on the street which is another issue that should be addressed and is helped by this proposal I offer to the courts. With this

(31)

internal control in place the doctors will
be forced to double check their work
and fraud in courts will be eliminated
as well. They won't be able to keep
changing the diagnosis and medication such
as in my case. Right now these doctors
are just saying they know what everything
is instead of making sure what they
believe makes sense. There is no scientific
process in place, rather the doctors just hand
out medication. The standard here is way
below acceptable. I keep saying how they
say I am paranoid while the doctors
have spent the last six months trying to
find medical records of mine that don't
exist. Isn't that the real psychosis happening
here. They clearly are reaching and grasping
at straws while putting my life and future
in danger just to advance their careers.
It's the opposite of how licensed doctors
should behave and clearly violates their
oath to do no harm. My proposal keeps
everyone innocent and safe. It really strikes
me as odd that the doctors make no

32

attempt in understanding a patient could be innocent and not deserve to be in a place like this. Everything to them says ok the court ordered you here so you must have a mental illness. That is the entire wrong way to approach the situation and is the wrong way for the courts as well. One last improvement, which I think is a no brainer is that this hospital requires more senior workers with more experience. These doctors are way too green and interpret everything that everyone says as a mental illness because they're here. Most people here do not have major mental illnesses and I know this because I have spent time with them and spoken to them. Most of them really have a disability or a drug addiction which can appear as a mental illness, but it takes senior doctors to be able to differentiate this. They are telling me that my attitude is a mental illness even though, as I have said, I do not fit any specific illness. So unless you want to believe they have discovered a brand new mental illness that only black men can get, which the likeliness

(33)

is one in a million, then otherwise they have committed malpractice and are in error with their diagnosis. The latter is the more realistic explanation but these doctors will never admit to being wrong, that's why they refuse to take a step back and properly evaluate me with the understanding that no history means more likely than not I do not have a mental illness. They really are searching for medical records as we speak that I have told them do not exist but they think I am the one suffering from psychosis here. You can't find what doesn't exist. Third party doctors and senior supervisers would understand and acknowledge this by now. If they had this in place I wouldn't be suing them and the state right now, so I hope the state understands that what I have said is to stop future issues and wasting the courts time on such silly problems. For me, this is just another job as an auditor finding what issues an agency has and faces.

Reasoning Behind

Commonwealth Suit



To Superior Court,

It occured to me that the commonwealth and the court may be unclear as to why I am holding the entire state accountable for my current situation. The reason is that everything I have witnessed and been through has been the same everywhere in the state. Racist, negligent behavior in the court, the police and various agencies is a constant issue I have faced. I have been dealing with the states racist attitude for 17 years and it has now escalated into a legitamate kidnapping, false arrest and



conspiracy. The state of Massachusetts has robbed me of my rights and identity for 17 years now. This one situation has too many parties involved in this conspiracy to true to sue each individually and they cross different counties, cities and jurisdictions. It would take way too long to file suits against each. In this letter I will attempt to provide a brief overview of each entity and how they have violated my rights. The list is as follows:

- <u>The Springfield Police and western mass</u>



police force in general have harrassed

me nonstop for 17 years

- The Springfield police department has

abducted me, held me for false

charges and apparently have now stolen

my belongings left in their care after

the false arrest

- The Springfield District Court allowed

this conspiracy to begin when the judge,

the DA and the attorney they issued

to my case created this conspiracy

- Ludlow prison helped with the conspiracy

by saying I was evaluated for a



mental illness when I wasn't and they had 6 correctional officers attack me on camera and try to break my wrists in front of their captain, who just watched it happen

- I have already gone into detail what sort of horror show Bridgewater is.
- The D.O.C. (Department of Corrections) which I believe is one of the sources for these racist conspiracies because they are and should be aware of all these details
- The Brockton District Court is also



i.  involved  due  to  the  judges  whose

racist  ideologies  have  made  it  so

I  have  to  stay  longer  at  Bridgewater

despite  having  no  mental  illness,

I  have  tried  to  launch  an  investigation

into  all  this  but  no  one  has  responded  to

me  while  I  am  here  in  Bridgewater

which  I  know  was  the  plan  initially.

This  investigation  is  a  matter  for  the

FBI  because  this  is  organized  criminal

terrorist  behavior.  This  State  is  actually

kidnapping  innocent  people  and  just  holding

them  against  their  will.  As  you  can  see



..6..

filing suits against each place would be far too time consuming and put too much strain on the courts. That is the only reason. As I have said, this has been an ongoing struggle for the past 17 years and that is why I am asking for 17 million. I have been filing complaint after complaint across the state that has been ignored. If any-one had taken it seriously, I wouldn't be filing a lawsuit right now but this state just ignores issues regarding racism. I can not even begin to describe the



hardships I have endured, including being homeless for about 2 years. Now I am being held for a crime I absolutely didn't commit. My entire life has been ruined and I am the only person not committing a crime but because I am black no one wants to investigate the issue. This state owes its citizens better than this and it is my responsibility to make sure things change. An innocent person should not be arrested and held by the state for no reason. This is a unforgivable



error by those who are supposed to help and protect the community. For 17 years I have written about this and for 17 years they have ignored me. This entire thing could have been avoided if anyone had attempted to listen to me. This conspiracy has gotten so bad that the police in Springfield even think it is ok to steal people's personal belongings. I was just informed that after my false arrest the police stole $8000 - $28000, potentially, of my personal belongings. They knew I was in jail because



They put me here off their false arrest then they went and stole all my things. I had never been told to pick my stuff up. If the police do not inform you to pick up your stuff while you are in jail they can not just be allowed to steal your belongings. For being cops they act more like criminals. They knew exactly whose stuff they were stealing too. They even made sure to under value and leave things out so they could steal my stuff. Massachusetts cop especially Springfield are all



criminals terrorizing minorities, especially black men like myself. I knew they were planning something because all the cops that arrested me were laughing in my face while arresting me. This entire thing is a game to them. This mentality comes from the top allowing the police to commit every crime in the books. Then when they mess up they send you too a facility like Bridgewater where these psychotic doctors invent a mental illness if you do not have one. 5 times they have changed my diagnosis instead



admitting I do not have a mental illness. They are holding me hostage here until I don't press charges or sue the hospital. I don't even have a specific illness diagnosed which means after 6 months they are just playing games with my life and doing illegal experimentations. My life is meaningless here. This entire situation stems from pure racism. This state has to acknowledge that it has a serious race issue that is just waiting to explode. I am an innocent black man trapped in the system, which shouldn't happen.